IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL McCULLEY,

    Plaintiff,

vs.                                                             Civ. No. 01-63 MV/WWD

MATTHEW CHAVEZ, d/b/a FAST CASH AUTO
SALES; MONICA CHAVEZ; HENRY CHAVEZ;
PAUL CHAVEZ; and MARIO CHAVEZ,

    Defendants.

MEMORANDUM OPINION AND ORDER

      This matter comes before the Court upon Plaintiff's Motions to Compel [docket nos. 34, 39, and 44] each of which seeks the statement of net worth of one of the individually named individual defendants in the instant lawsuit. The complaint filed in this cause is so worded, and is under such a statutory provision (15 U.S.C. § 1681 et seq.) as to allow an award of punitive damages to the Plaintiff. Accordingly, Plaintiff's motions seeking to compel production of a statement of net worth from each of the individually named defendants in this cause are well taken and should be granted.

      **WHEREFORE,**

    **IT IS ORDERED** that on or before <u>July 6, 2001</u>, each of the individual Defendants named herein shall serve upon Plaintiff a statement of the net worth of that particular Defendant.

                                                            _____
                                                            UNITED STATES MAGISTRATE JUDGE